# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL ALLEN MORGRET | |

Case No. 4:02-CR-0085-02
USM No. 11139-067

D. Toni Byrd, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Standard #2 & #5, Special #2   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #2 | After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about | 10/27/2018 |
| | (continued on Page 2) | |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5042

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:
Bloomsburg, Pennsylvania

11/29/2018
Date of Imposition of Judgment

S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER,        CHIEF JUDGE
Name and Title of Judge

11/29/2018
Date

DEFENDANT: MICHAEL ALLEN MORGRET
CASE NUMBER: 4:02-CR-0085-02

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | how and when you must report to the probation officer, and you must report to the probation officer as instructed. | |
| Standard #5 | You must live at a place approved by the probation officer. If you plan to change anything about your living arrangements, you must notify the probation officer ten days prior to the change. If notifying the probation officer is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | 10/27/2018 |
| Special #2 | Defendant must not use or possess any controlled substances without a valid prescription. If defendant does have a valid prescription, he must disclose the prescription information to the probation officer and follow the instructions on the prescription. | 10/27/2018 |

DEFENDANT: MICHAEL ALLEN MORGRET
CASE NUMBER: 4:02-CR-0085-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Fourteen (14) Months. This term consists of 14 months on each of Counts 1ss and 6ss, to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that a facility as close as possible to Lock Haven, Pennsylvania, such as FCI Allenwood or FCI Loretto, be designated as the place of confinement, in order that the defendant might be near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL